UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-                                  :       16-CR-688 (WHP)

Roberto Diaz,                                            :       <u>ORDER</u>

                Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The Clerk of the Court is directed to appoint Criminal Justice Act ("CJA") counsel in this District to represent the Defendant for any applications for release relating to the Covid-19 pandemic. The request by Lawrence Dubin, Esq., the Defendant's former counsel, to be appointed counsel of record in this capacity is denied as Mr. Dubin is no longer a member of the CJA panel.

Dated: April 27, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.