UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                              :          16-CR-688 (WHP)

Roberto Diaz,                                           :          ORDER

                Defendant.             :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        Daniel McGuinness, Esq. is appointed represent the Defendant to pursue any applications for release relating to the COVID-19 pandemic nunc pro tunc to May 11, 2020.

Dated: May 14, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.