UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                   :

       -against-                                       :            16 Cr. 688

ROBERTO DIAZ,                                        :            <u>ORDER</u>

                      Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Court will hold a teleconference on September 11, 2020 at 11:30 a.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: September 4, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.